## C. C. JULIAN OIL & ROYALTIES CO. et al. v. OKLAHOMA CITY.

No. 21435.   May 22, 1934.

N. E. McNeill, John Head, and Freeling & Box, for plaintiffs in error.

M. W. McKenzie, Municipal Counselor, and A. L. Hull, Asst. Municipal Counselor, for defendant in error.

ANDREWS, J. It appearing to the court that a receiver of the property involved in this action has been appointed by the United States District Court for the Western District of Oklahoma and that, by reason thereof, the issues herein have become and are moot, this cause is dismissed.

RILEY, C. J., CULLISON, V. C. J., and SWINDALL and OSBORN, JJ., concur.